JAMI L. FERRARA
California State Bar No.189109
Law Office of Jami L. Ferrara
964 Fifth Avenue, Suite 335
San Diego, California 92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429
Email: jamiferrara@msn.com

Attorney for Mr. Laporta

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE PETER C. LEWIS)

| UNITED STATES OF AMERICA, | ) | Case No. 08mj8397-PCL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ACKNOWLEDGMENT BY SURETIES OF MODIFICATION OF CONDITIONS OF RELEASE** |
| JOSEPH JUNIOR LAPORTA, | ) | |
| Defendant. | ) | |

FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The undersigned sureties to defendant, Joseph Junior Laporta's, bond, hereby acknowledge and consent to the modification of the defendant's Conditions of Release allowing him to travel to Mexicali, Baja California, Mexico for one day to retrieve personal property.

We each declare that the foregoing is true and correct.

Dated: 6-05-08

_____
JOSEPH LAPORTA
Surety to Bond

Dated: 6-05-08

_____
MARIA GOMEZ
Surety to Bond